```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    LUIS LEON GALLARDO
```

 7                     IN THE UNITED STATES DISTRICT COURT

 8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

 9  UNITED STATES OF AMERICA,       )  No. CR.S-05-419 EJG
                                    )
10                  Plaintiff,      )
                                    )  **STIPULATION AND ORDER**
11       v.                         )
                                    )
12  LUIS LEON GALLARDO,             )  Date:  December 02, 2004
                                    )  Time:  10:00 A.M.
13                  Defendant.      )  Judge: Hon. Edward J. Garcia
    _____ )

15       IT IS HEREBY STIPULATED by and between the parties hereto through

16  their respective counsel, Michael Beckwith, Assistant United States

17  Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal

18  Defender, attorney for defendant, that the Status Conference date of

19  November 18, 2005 be vacated and a Status Conference date be set for

20  December 02, 2005 at 10:00 a.m.

21       Defense counsel has not received the presentence report in this

22  case.  Once it is received, defense counsel will need to review it with

23  the client.

24  ///

25  ///

26  ///

27  ///

28  ///

1  The parties agree that the time should be excluded pursuant to 18
2  U.S.C. §3161(h)(8)(B)(iv)and Local Code T4.
3  Dated: November 17, 2005.          Respectfully submitted,
4                                     QUIN DENVIR
                                      Federal Defender
5
6
7                                     _____
                                      LINDA HARTER
                                      Assistant Federal Defender
8                                     Attorney for Defendant
                                      LUIS LEON GALLARDO
9
10                                    MCGREGORY W. SCOTT
                                      United States Attorney
11
12 Dated: November    ,2005           _____
                                      MICHAEL BECKWITH
13                                    Assistant U.S. Attorney
14
15                           **ORDER**
16     **IT IS SO ORDERED.**
17 DATED: November 17, 2005
                                      /s/ Edward J. Garcia
18                                    HONORABLE EDWARD J. GARCIA
                                      District Court Judge
19
20
21
22
23
24
25
26
27
28

2